ANTHONY V. ZAGAME, an Infant, by JOHN ZAGAME, His Guardian ad Litem, et al., Respondents, *v.* BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.

Submitted October 19, 1939; decided November 14, 1939.

*Andrew F. Van Thun, Jr.,* and *W. Harry Sefton* for appellant.

*Myron Wisoff* and *William S. Butler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.